UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Amanda Boulineau, | ) | C/A: 4:17-394-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Horry County Council, | ) | |
| Harold Worley, | ) | |
| Mark Lazarus, | ) | |
| Bill Howard, | ) | |
| Jimmy Washington, | ) | |
| Gary Loftus, | ) | |
| Tyler Servant, | ) | |
| Cam Crawford, | ) | |
| Harold Phillips, | ) | |
| Johnny Vaught, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On May 17, 2018, a status conference was held in this case. The following schedule shall apply:

1. Plaintiff shall file a second amended complaint within 10 days of the date of this order.[1]

2. Plaintiff shall communicate with attorneys present at the status conference by sending the attorneys the second amended complaint and any requests for waivers/acceptance of service of process.

3. The attorneys then will communicate to Plaintiff for whom they will waive/accept service and shall file this with the court within 25 days of the date of this order.

4. Defendants waiving/accepting service shall file an answer or otherwise plead within 40 days of

---

[1] As stated at the hearing, those defendants named in the caption shall be a complete list of defendants. It will be assumed that any names not included in the caption of the second amended complaint are not intended to be defendants in this matter. To the extent any have previously been served or made an appearance, they will be dismissed as a party.

the date of this order.

5. Within 40 days of this order, Plaintiff shall file with the court a list of defendants who have not waived/accepted service and Plaintiff shall file any proof of previous service Plaintiff has for any such defendants.  For any defendants who have not waived/accepted service or have not previously been served, service as provided in the Federal Rules of Civil Procedure will need to be performed by Plaintiff and Plaintiff shall submit summonses (and if proceeding *in forma pauperis*, submit also Form USM-285s) to the court for any defendants who have not accepted/waived service.

> Plaintiff is a *pro se* litigant.  Plaintiff's attention is directed to the following important notice:
>
> You are ordered to always keep the Clerk of Court advised in writing (**Post Office Box 2317, Florence, South Carolina 29503**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. **If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, <u>your case may be dismissed for violating this Order.</u>**  Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket numbers of all pending cases you have filed with this Court. Your failure to do so will not be excused by the Court.

IT IS SO ORDERED.

May 17, 2018
Florence, South Carolina

s/ Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge